1 DANIEL B. ASIMOW (No. 165661)
daniel.asimow@aporter.com
2 ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
3 San Francisco, CA 94111-4024
Telephone: 415.471.3100
4 Facsimile: 415.471.3400

5 KENNETH L. CHERNOF (No. 156187)
kenneth.chernof@aporter.com
6 ARNOLD & PORTER LLP
555 Twelfth Street, NW
7 Washington, DC 20004-1206
Telephone: 202.942.5000
8 Facsimile: 202.942.5999

9 Attorneys for Defendant BARNES & NOBLE,
INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER DIEFFENBACH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BARNES & NOBLE, INC., a California corporation,<br><br>Defendant. | Case No. 3:12-cv-05800-EDL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a)) AND REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (LOCAL RULES 6-1(b) & 6-2); [PROPOSED ORDER]**<br><br>Action Filed: November 9, 2012 |

**RECITALS**

1. Plaintiffs Heather Dieffenbach filed the instant complaint on November 9, 2012.

2. Defendant Barnes & Noble, Inc. was served with the complaint on or about December 5, 2012.

3. By order dated November 9, 2012, and served on Defendant on December 5, 2012, the court set (a) a deadline of January 15, 2013 for the parties to meet and confer regarding ADR and other matters and file ADR certifications and stipulations or notices, (b) a deadline of January 29, 2013 for the parties to file a Rule 26(f) report and case management statement, and (c) an initial case management conference on February 5, 2013 at 10:00 a.m.

4. Pursuant to Local Rule 6-1(a), the parties have agreed that Barnes & Noble may have an extension to February 8, 2013 to respond to the complaint.

5. Pursuant to Local Rule 6-1(b) and 6-2, the parties also request that the court continue the other dates set in the November 9, 2012 order by approximately 30 days. The parties believe that these discussions, the initial disclosures, and the case management conference will be more fruitful if the parties first have the opportunity to review Barnes & Noble's responsive pleading.

6. There have been no prior time modifications in this case.

WHEREAS, the parties stipulate and agree as follows:

**STIPULATION**

1. Barnes & Noble shall have up to and including February 8, 2013 to answer or otherwise respond to the Complaint; and

2. The parties request that Court extend the other dates set forth in the November 9, 2012 order by approximately 30 days.

**~~PROPOSED~~ ORDER**

Pursuant to the stipulation of the parties, (a) the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued to February 15, 2013; (b) the last day to file

- 1 -

Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement is continued to February 28, 2013; and (c) the Initial Case Management Conference is reset for March 12, 2013, at 10:00 a.m. in Courtroom E, 15th Floor.

DATED: December 27, 2012

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge

Approved as to form and stipulations:

MARKUM ZUSMAN & COMPTON LLP

By:/s/ *William A. Baird*
　　WILLIAM A. BAIRD

　　Attorneys for Plaintiff Heather Diffenbach, individually and on behalf of all others similarly situated.

ARNOLD & PORTER LLP

By:/s/ *Daniel B. Asimow*
　　DANIEL B. ASIMOW

　　Attorneys for Defendant Barnes & Noble, Inc.

## Filer's Attestation

I, Daniel B. Asimow, am the ECF user whose ID and password are being used to file this **Stipulation Extending Time for Defendant to Respond to Complaint (Local Rule 6-1(a)) and Requesting Continuance of Case Management Conference and Related Deadlines (Local Rules 6-1(b) & 6-2); [Proposed Order]**. In compliance with General Order 45, X.B., I hereby attest that William A. Baird has concurred in this filing.

DATED: December 26, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Daniel B. Asimow*
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL B. ASIMOW