DANIEL B. ASIMOW (No. 165661)
daniel.asimow@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

KENNETH L. CHERNOF (No. 156187)
kenneth.chernof@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendant BARNES & NOBLE,
INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER DIEFFENBACH, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARNES & NOBLE, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. 3:12-cv-05800-MMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a)) AND REQUESTING CONTINUANCE OF RELATED DEADLINES (LOCAL RULES 6-1(b) & 6-2);** ~~[PROPOSED ORDER]~~ **ORDER THEREON; DIRECTIONS TO DEFENDANT**<br>Action Filed: November 9, 2012 |

# RECITALS

1. Plaintiffs Heather Dieffenbach filed the instant complaint on November 9, 2012.

2. Defendant Barnes & Noble, Inc. was served with the complaint on or about December 5, 2012.

3. Pursuant to stipulation and order, the date for Barnes & Noble to respond to the complaint was previously extended to February 8, 2013; the last the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference was continued to February 15, 2013; the last day to file. Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement was continued to February 28, 2013; and the Initial Case Management Conference was reset for March 12, 2013 at 10:00 a.m. in Courtroom E, 15th Floor.

4. On January 10, 2013, Barnes & Noble filed a motion to transfer this action to the Northern District of Illinois, where three other cases are pending that Barnes & Noble contends are substantially identical to this action. The motion to transfer was set for hearing on February 19, 2013.

5. On January 22, 2013, this action was reassigned to the Honorable Maxine M. Chesney. The hearing date on the motion to transfer was vacated, and has not yet been reset.

6. The Court has set a case management conference for March 15, 2013.

7. The parties believe it would be more efficient to extend the time for Barnes & Noble to respond to the complaint until thirty days after the Court rules on the motion to transfer in order to allow for the potential coordination of the response in this action and in other cases in the Northern District of Illinois. In addition, the parties believe that the initial disclosures, ADR-related deadlines, meeting of counsel, and Rule 26(f) report should be deferred until the parties know whether the case will proceed in this District or in the Northern District of Illinois.

7. There have been the following prior modifications of time in this case: (a) an extension of the date for Barnes & Noble to respond to the complaint, and (b) an extension of time for the parties to meet and confer regarding initial disclosures, early settlement, ADR

1    process, and discovery plan; file ADR Certification signed by Parties and Counsel; file either

2    Stipulation to ADR Process or Notice of Need for ADR Phone Conference; and file Rule 26(f)

3    Report, complete initial disclosures or state objections in Rule 26(f) Report.

4        WHEREAS, the parties stipulate and agree as follows:

**STIPULATION**

6        1.    The parties request that the Court reset the hearing date on the motion to transfer

7    for March 8, 2013 at 9:00 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate Avenue, San

8    Francisco, CA 94102, or such other date thereafter that is convenient for the Court (however,

9    counsel are not available on March 15, 2013).

10       2.    Barnes & Noble shall have up to and including the date thirty days after the Court

11   rules on the motion to transfer to answer or otherwise respond to the Complaint.

12       3.    The parties request that the Court continue the case management conference

13   currently set for March 15, 2013 to the first date convenient for the Court on or after May 15,

14   2013.

15       4.    The parties further request that the Court continue the following deadlines as

16   follows (a) the last day for the parties to meet and confer regarding initial disclosures, early

17   settlement, ADR process, and discovery plan; file ADR Certification signed by Parties and

18   Counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone

19   Conference to is continued to April 15, 2013; and (b) the last day to file Rule 26(f) Report,

20   complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management

21   Statement is continued to April 30, 2013.

22

**~~PROPOSED~~ ORDER**

24   Pursuant to the stipulation of the parties, (a) the hearing on the motion to transfer shall be

25   set for ~~March 8~~ March 22, 2013 at 9:00 a.m. in Courtroom 7, 19th Floor; (b) the last day for the parties to

26   meet and confer regarding initial disclosures, early settlement, ADR process, and discovery plan;

27   file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process

28   or Notice of Need for ADR Phone Conference is continued to ~~April 15~~ April 26, 2013; (c) the last day to

- 2 -
STIPULATION RE SCHEDULING ISSUES
CASE NO. 3:12-cv-05800-MMC

file Rule 26(f) Report, complete initial disclosures or state objections in Rule 26(f) Report, and file Case Management Statement is continued to ~~April 30~~ May 10, 2013; and (d) the Initial Case Management Conference is reset for May 17, 2013, at 10:30 a.m. in Courtroom 7, 19th Floor.

Further, defendant is hereby DIRECTED to forthwith provide a chambers copy of its Motion to Transfer Venue and declaration filed in support thereof.

DATED: February 11, 2013

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Approved as to form and stipulations:

MARKUN ZUSMAN & COMPTON LLP

By:/s/ *William A. Baird*
   WILLIAM A. BAIRD

Attorneys for Plaintiff Heather Dieffenbach, individually and on behalf of all others similarly situated.

ARNOLD & PORTER LLP

By:/s/ *Daniel B. Asimow*
   DANIEL B. ASIMOW

Attorneys for Defendant
Barnes & Noble, Inc.

**FILER'S ATTESTATION**

I, Daniel B. Asimow, am the ECF user whose ID and password are being used to file this **Stipulation Extending Time for Defendant to Respond to Complaint (Local Rule 6-1(a)) and Requesting Continuance of Related Deadlines (Local Rules 6-1(b) & 6-2); [Proposed Order]**. In compliance with General Order 45, X.B., I hereby attest that William A. Baird has concurred in this filing.

DATED: February 8, 2013

                                _____
                                /s/ *Daniel B. Asimow*
                                DANIEL B. ASIMOW